IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT | : | Master File NO. 06-0620 |
| PURCHASER ANTITRUST | : | |
| LITIGATION | : | NOS.  06-0638; 06-0657; |
| | : | 06-0677; 06-0861; |
| THIS DOCUMENT RELATES TO: | : | 06-0932; 06-1464; |
| All Actions | : | 06-1854 |

**<u>ORDER</u>**

AND NOW this 22nd day of October, 2012, upon consideration of the objections of defendant M.D. Basciani & Sons, Inc. (Dkt. No. 458) and the objections of non-party Basciani, Foods, Inc. (Dkt. No., 459) to the August 21, 2012 Order of Magistrate Judge Timothy R. Rice (Dkt. No. 452) and the response of the Direct Purchaser Plaintiffs in opposition thereto (Dkt. No. 465), it is ORDERED that the objections of M.D. Basciani and BFI are OVERRULED and the Order dated August 21, 2012 is AFFIRMED.

                                                         *s/Thomas N. O'Neill, Jr.*
                                                         THOMAS N. O'NEILL, JR., J.