IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **Master File No. 06-0620** |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

In response to Defendants' Motion for Adjudication of Plaintiffs' Antitrust Claims Under the Rule of Reason filed on or about August 26, 2013 (D.E. 492), Plaintiffs cross-move for partial summary judgment pursuant to Fed. R. Civ. P. 56(a). In this cross-motion, Plaintiffs ask the court to enter partial summary judgment in their favor finding the EMMC, its members, and distributors affiliated with EMMC members to have engaged in a *per se* illegal horizontal conspiracy to fix prices and restrict supply. The bases for this cross-motion are set forth in the accompanying Memorandum of Law fled under seal, which also responds to Defendants' Motion Seeking Adjudication Under the Rule of Reason. A response to the facts set forth in Defendants' Motion and an affirmative statement of undisputed facts supporting this cross-motion is

set forth in the accompanying Statement of Facts which is also filed under seal.

Dated:  September 25, 2013                     Respectfully submitted,

/s Barry L. Refsin
Barry L. Refsin (Pa. ID No. 62526)
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
Tel:  (215) 568-6200
Fax:  (215) 568-0300
*Liaison Counsel for Direct Purchaser Class*

Bruce E. Gerstein
Scott W. Fisher
Jonathan Gerstein
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY  10036
Tel:  (212) 398-0055
Fax:  (212) 764-6620
*Lead Counsel for Direct Purchaser Class*

Brent B. Barriere
David Patrón
PHELPS DUNBAR, L.L.P.
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA  70130
Tel:  (504) 584-9210
Fax:  (504) 568-9130

Robert A. Kutcher
CHOPIN, WAGAR, RICHARD & KUTCHER
3850 N. Causeway Blvd., Suite 900
Metairie, LA  70002
Tel:  (504) 830-3838
Fax:  (504) 836-9540

David M. Buckner
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134
305-728-2977

- 2 -

Andrew Kelly
ODOM & DES ROCHES, L.L.P.
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

David P. Smith
Susan C. Segura
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson Street, Suite 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741

*Counsel for Direct Purchaser Class*

Bernard D. Marcus
Scott D. Livingston
Moira Cain-Mannix
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 471-3490
Fax: (412) 391-8758

*Counsel for Plaintiff Giant Eagle, Inc.*

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, PC
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

*Counsel for Plaintiff Publix Super Markets, Inc.*