IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) GIANT EAGLE, INC. v. EASTERN ) MUSHROOM MARKETING ) COOPERATIVE, INC., ET AL. 06-03523) ) | Master File No. 06-0620 Nos.: 06-03523 Judge O'Neill |

**DEFENDANT M. CUTONE MUSHROOM CO., INC.'S JOINDER
IN DEFENDANT M.D. BASCIANI & SONS, INC.'S
MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 6, 2014**

Defendant M. Cutone Mushroom Company, Inc. ("Cutone") respectfully joins in Defendant M.D. Basciani & Sons, Inc.'s Motion for Summary Judgment which was filed under seal on January 6, 2014 and is located at docket entry 518. Defendant Cutone incorporates all of the arguments set forth therein and requests all of the relief requested therein.

**LITCHFIELD CAVO, L.L.P.**

BY:

_____
Joel I. Fishbein
1515 Market Street, Suit3e 1130
Philadelphia, PA 19103
(215) 557-0771
fishbein@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Joel I. Fishbein, do hereby certify that I served a true and correct copy of Defendant M. Cutone Mushroom Co., Inc.'s Joinder in Defendant M.D. Basciana & Sons, Inc.'s Motion for Summary Judgment filed on January 6, 2014 on January 15, 2014 using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

| | |
|---|---|
| David P. Smith<br>W. Ross Foote<br>Percy, Smith & Foote, L.L.P.<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, Louisiana 71309<br>Tel: (318) 445-4480<br>Fax: (318) 487-1741 | Brent B. Barriere<br>David Patron<br>Susie Morgan<br>Phelps Dunbar, L.L.P.<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130<br>Tel: (504) 584-9210<br>Fax: (504) 568-9130 |
| Robert T. Kelly, Jr.<br>Myers, Brier & Kelly, LLP<br>425 Spruce Street, Suite 200<br>P.O. Box 551<br>Scranton, Pennsylvania 18501-0551<br>Tel: (570) 342-6100<br>Fax: (570) 342-6147 | Adam Moskowitz<br>Tucker Ronzetti<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon, 9th Floor<br>Coral Gables, Florida 33134<br>Tel: (305) 372-1800<br>Fax: (305) 372-3508 |
| John Gregory Odom<br>Stuart E. Des Roches<br>Odom & Des Roches, L.L.P.<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana 70130<br>Tel: (504) 522-0077<br>Fax: (504) 522-0078 | Robert A. Kutcher<br>Chopin, Wagar, Richard & Kutcher<br>3850 Notih Causeway Boulevard, Suite 900<br>Metairie, Louisiana 70002<br>Tel: (504) 830-3838<br>Fax: (504) 836-9540 |
| Alfred G. Yates<br>Law Office of Alfred G. Yates, Jr., P.C.<br>519 Allegheny<br>Building 429 Forbes Avenue<br>Pittsburgh, Pennsylvania 15219<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033 | Anthony J. Bolognese<br>Joshua H. Grabar<br>Bolognese & Associates, LLC<br>One Penn Center Plaza<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 814-6750<br>Fax: (215) 814-6764 |

| | |
|---|---|
| Michael D. Hausfeld<br>Brian A. Ratner<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4669 | Linda P. Nussbaum<br>Kaplan, Fox & Kilsheimer, LLP<br>805 Third Avenue, 22nd Floor<br>New York, New York 10022<br>Tel: (212) 687-1980<br>Fax: (212) 687-7714 |
| Paul E. Slater<br>Sperling & Slater, P.C.<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>Tel: (312)641-3200<br>Fax: (312) 641-6492 | Eugene A. Spector<br>Jeffrey L. Kodroff<br>Jeffrey J. Corigan<br>Jay S. Cohen<br>Spector Roseman & Kodroff<br>1818 Market Street, Suite 2500<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611 |
| Nathan Neuman<br>Law Offices of Nathan Neuman<br>700 Lake Drive<br>Ambler, Pennsylvania 19002<br>Tel: (215) 646-9520<br>Fax: (215) 646-9521 | R. Scott Palmer<br>Manuel J. Dominguez<br>Berman, DeValerio, Pease, Tabacco, Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, Florida 33401 |
| Donald M. Barnes<br>Salvatore A. Romano<br>Porter, Wright, Morris & Arthur, LLP<br>1919 Pennsylvania Avenue NW, Suite 500<br>Washington, D.C. 20006-3434<br>Tel: (202) 778-3000 | William A. DeStefano<br>Rudolph Garcia Joseph<br>Joseph R. Loverdi<br>Buchanan Ingersoll P.C.<br>1835 Market Street, 14th Floor<br>Philadelphia, Pennsylvania 19103-3887<br>Tel: (215) 665-3887 |
| H. Laddie Montague, Jr.<br>Martin I. Twersky<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103-6365<br>Tel: (215) 875-3000<br>Fax: (215) 875-4671 | Abraham C. Reich<br>Fox, Rothschild, O'Brien & Frankel, LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 299-2090 |

| | |
|---|---|
| Donna M. Albani<br>Law Offices of Donna M. Albani<br>11 Hampton Lane<br>Glen Mills, Pennsylvania 19432<br>Tel: (610) 459-8858 | Thomas K. Schindler<br>Brown, Mayhart, Martin & Schindler,<br>112 West Courthouse Alley<br>West Chester, Pennsylvania 19380<br>Tel: (610) 436-9100 |
| Amy R. Richter<br>621 SW Morrison Street, Suite 1300<br>Portland, Oregon 97205-3816<br>Tel: (503) 224-0435 | Barbara Sicalides<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 981-4000<br>Fax: (215) 689-4532 |
| Neill C. Kling<br>Francis P. Newell<br>Harkins Cunningham, LLP<br>2800 One Commerce Square<br>2005 Market Street<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 851-6700<br>Fax: (215) 851-6710 | Tanya W. Bowman<br>Theresa A. Canaday<br>Frost, Brown, Todd, LLC<br>400 West Market Street, 32nd Floor<br>Louisville, Kentucky 40202-3363<br>Tel: (502) 589-5400 |
| Bruce E. Gerstein<br>Noah H. Silverman<br>Kevin Landau<br>Garwin, Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, New York 10036<br>Tel: (212) 398-0055<br>Fax: (212) 764-6620 | Barry L. Refsin<br>Steve D. Shadowen<br>Hangley, Aronchick, Segal & Pudlin<br>One Logan Square, 2i$^{ll}$ Floor<br>Philadelphia, Pennsylvania 19103-6933<br>Tel: (215) 568-6200<br>Fax: (215) 568-0300 |

**LITCHFIELD CAVO LLP**

BY: _____
**JOEL I. FISHBEIN**