UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                           x
IN RE MUSHROOM DIRECT          :     Master File No. 06-0620
PURCHASER ANTITRUST              :
LITIGATION                                    :
                                                        :
THIS DOCUMENT RELATES TO:   :
                                                        :
ALL ACTIONS                                 :
_____x

_____

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DR. JOHN JOHNSON PURSUANT TO *DAUBERT V. MERRELL DOW***
_____

Pursuant *Daubert v. Merrell Dow,* 509 U.S. 579 (1993) and Federal Rule of Evidence 702, Direct Purchaser Class Plaintiffs move to exclude the expert opinions of Dr. John Johnson.

The basis for this motion is set forth in the accompanying memorandum of law.

Dated:  June 30, 2014                              Respectfully submitted,

                                                                  /s Barry L. Refsin
                                                                  Barry L. Refsin (Pa. ID No. 62526)
                                                                  HANGLEY ARONCHICK SEGAL PUDLIN &
                                                                  SCHILLER
                                                                  One Logan Square, 27th Floor
                                                                  Philadelphia, PA  19103-6933
                                                                  Tel:  (215) 568-6200
                                                                  Fax:  (215) 568-0300
                                                                  *Liaison Counsel for Direct Purchaser Class*

                                                                  Bruce E. Gerstein
                                                                  Scott W. Fisher
                                                                  Jonathan Gerstein
                                                                  GARWIN, GERSTEIN & FISHER, L.L.P.
                                                                  1501 Broadway, Suite 1416
                                                                  New York, NY  10036

Tel: (212) 398-0055
Fax: (212) 764-6620
*Lead Counsel for Direct Purchaser Class*

Brent B. Barriere
David Patrón
PHELPS DUNBAR, L.L.P.
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Tel: (504) 584-9210
Fax: (504) 568-9130

Robert A. Kutcher
CHOPIN, WAGAR, RICHARD & KUTCHER
3850 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Tel: (504) 830-3838
Fax: (504) 836-9540

Adam M. Moskowitz
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134
305-728-2977

Andrew Kelly
ODOM & DES ROCHES, L.L.P.
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

David P. Smith
Susan C. Segura
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson Street, Suite 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741

*Counsel for Direct Purchaser Class*