IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | Master File No. 06-0620 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

FILED
NOV 1 3 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND ORDER OF DISMISSAL OF IDENTIFIED DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate to the dismissal of Plaintiffs' claims against Defendants Gaspari Bros., Inc., LRP Mushrooms, Inc., and Michael Pia with prejudice. Each party is to bear its own costs and attorneys' fees. Plaintiffs only dismiss their claims against these identified defendants. Plaintiffs' claims against all other defendants in this case are unaffected by this Stipulation of Dismissal and shall continue.

Dated: November 12, 2014

Respectfully submitted,

/s/ Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
*Liaison-Counsel for Direct Purchaser Class*

/s/ William A. DeStefano
STEVENS & LEE
1818 Market Street, 29th Floor
Philadelphia, PA 19103

/s/ Bruce Gerstein
Bruce E. Gerstein
Scott W. Fisher
Jonathan Gerstein
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
*Lead Counsel for Direct Purchaser Class*

/s/ Moira Cain Mannix
Bernard D. Marcus
Scott D. Livingston'
Moira Cain-Mannix
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
*Counsel for Plaintiff Giant Eagle*

/s/ David P. Germaine
Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe Street, Suite 3500
Chicago, IL 60606
*Counsel for Plaintiff Publix Super Markets*

SO ORDERED, this 13 day of Nov , 2014.

_____
Thomas N. O'Neill, Senior Judge

ENTERED
NOV 13 2014
CLERK OF COURT

2