IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | : : : : | Master File No. 06-620 |
| THIS DOCUMENT RELATES TO All Actions | : : | |

O R D E R

AND NOW, this 1st day of September, 2015, it is ORDERED that the attached redacted Memorandum and Order of August 5, 2015 is deemed filed of record as of August 5, 2015.

        *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,   J.