IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | : : : : | Master File NO. 06-0620 |
| THIS DOCUMENT RELATES TO: All Actions | : : | |

## ORDER

AND NOW, this 20th day of August, 2015, upon consideration of putative class plaintiffs' motion to exclude the expert testimony of Dr. Rigoberto Lopez offered on behalf of defendant M.D. Basciani (Dkt. No. 584), M.D. Basciani's response (Dkt. No. 591), plaintiffs' reply (Dkt. No. 596), the <u>Daubert</u> hearing and consistent with the accompanying memorandum of law, it is ORDERED that the plaintiffs' motion is GRANTED in part to the extent explained in the accompanying memorandum of law and DENIED in all other respects.

It is FURTHER ORDERED that, because this Order and the accompanying memorandum of law may contain confidential information, they have been filed under seal pending review by the parties to permit the parties to meet and confer and propose a single jointly redacted version of the Order and the accompanying memorandum of law.  On or before September 4, 2015, the parties shall provide the Court with any proposed redacted Order and accompanying memorandum of law or shall inform the Court that no redactions are required. Thereafter, the Court will issue a publicly-available version of this Order and the accompanying memorandum of law.

                 *s/Thomas N. O'Neill, Jr.*
                THOMAS N. O'NEILL, JR., J.