IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | : : : : | Master File NO. 06-0620 |
| THIS DOCUMENT RELATES TO: All Actions | : : | |

**ORDER**

AND NOW, this 31st day of August, 2015, upon consideration of plaintiffs' motion for reconsideration of the Court's May 26, 2015 Order (Dkt. Nos. 676 and 678), defendants'[1] opposition thereto (Dkt. No. 682), plaintiffs' reply (Dkt. No. 689), defendants' reply to plaintiffs' reply (Dkt. No. 692), plaintiffs' sur-reply (Dkt. No. 698) and defendants' sur-reply (Dkt. No. 701), and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is DENIED.

Upon consideration of defendants' motion for reconsideration of the Court's May 26, 2015 Order (Dkt. No. 677) and plaintiffs' opposition thereto (Dkt. No. 683), it is FURTHER ORDERED that defendants' motion is DENIED.

It is STILL FURTHER ORDERED that, because this Order and the accompanying memorandum of law may contain confidential information, they have been filed under seal pending review by the parties to permit the parties to meet and confer and propose a single jointly redacted version of the Order and the accompanying memorandum of law. On or before

---

[1] Defendants' motion was filed by counsel for the following defendants: EMMC, Robert A. Feranto, Jr. t/a Bella Mushroom Farms; Brownstone Mushroom Farms, Inc.; Brownstone Farms, Inc.; Brownstone Mushroom Farm; To-Jo Fresh Mushrooms, Inc.; Country Fresh Mushroom Co.; Gaspari Mushroom Co., Inc.; Kaolin Mushroom Farms, Inc.; South Mill Mushroom Farms, Inc.; South Mill Mushroom Sales, Inc.; Modern Mushroom Farms, Inc.; Sher-Rockee Mushroom Farm, LLC; C&C Carriage Mushroom Co.; Oakshire Mushroom Farm, Inc.; Phillips Mushroom Farms, Inc.; Louis M. Marson, Jr., Inc.; Monterey Mushrooms, Inc.; and John Pia. See Dkt. No. 677 at ECF p. 1-2.

-2-

September 23, 2015, the parties shall provide the Court with any proposed redacted Order and accompanying memorandum of law or shall inform the Court that no redactions are required. Thereafter, the Court will issue a publicly-available version of this Order and the accompanying memorandum of law.

                                                        *s/Thomas N. O'Neill, Jr.*  
                                          THOMAS N. O'NEILL, JR., J.