IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | : : : : | Master File NO. 06-0620 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

## ORDER

AND NOW, this 22nd day of February, 2017, upon consideration of plaintiffs' motion for reconsideration of the Court's dismissal of class representative Diversified Foods & Seasonings, Inc. (Dkt. No. 787), certain defendants' opposition to the motion for reconsideration (Dkt. No. 799) and plaintiffs' reply (Dkt. No. 803), and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is DENIED.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.