**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | Master File No. 06-CV-0620 |
| THIS DOCUMENT RELATES TO: | |
| WINN-DIXIE STORES, INC., *et al.* | |
| v. | Civil Action No. 15-CV-6480 |
| EASTERN MUSHROOM MARKETING COOPERATIVE, INC., *et al.* | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT KITCHEN PRIDE MUSHROOM FARMS, INC.

Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC and Defendant Kitchen Pride Mushroom Farms, Inc. ("Kitchen Pride"), by and through undersigned counsel, hereby stipulate and agree that all claims in the above-captioned matter as to Kitchen Pride are dismissed with prejudice with each party to bear its own attorneys' fees, costs, and expenses.

Patrick J. Ahern
Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
Telephone: 312-404-3760

*Attorneys for Plaintiffs*
*Winn-Dixie Stores, Inc and*
*Bi-Lo Holdings, LLC*

Francis Patrick Newell
Newell & Clemente
1735 Market Street, Suite A #401
Philadelphia, PA 19103
Telephone: 215-837-0881

Kevin T. Kerns
Brian Kint
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-7274

*Attorneys for Defendant*
*Kitchen Pride Mushroom Farms, Inc.*


**APPROVED AND SO ORDERED BY THE COURT:**


_____
BERLE M. SCHILLER, J.
UNITED STATES DISTRICT COURT JUDGE


Dated: November __, 2018