# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION** | : : : : | **CIVIL ACTION**<br>**Master File No. 06-0620** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | : : : | |
| **WINN-DIXIE STORES, INC., et al.**<br>v.<br>**EASTERN MUSHROOM MARKETING COOPERATIVE, et al.** | : : : : : : : | **CIVIL ACTION**<br>**No. 15-6480** |

## ORDER

**AND NOW**, this **14th** day of **May, 2019**, upon consideration of Defendant M.D. Basciani & Sons, Inc.'s Motion for Recusal and for a Stay of All Proceedings, responses by Certain Defendants, Class Plaintiffs, and Opt-Out Plaintiffs Publix Super Markets, Inc. and Giant Eagle, Inc., and for the reasons provided in the Court's Memorandum dated May 14, 2019, it is **ORDERED** that:

1. The motion (Civ. A. No. 06-620, Doc. No. 1006 and Civ. A. No. 15-6480, Doc. No. 127) is **DENIED**.

2. The class litigation will proceed to trial as scheduled on May 20, 2019.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**