# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Direct Purchaser Class Plaintiffs | Master File No. 06-0620 |

## CLASS PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO <u>CLASS REPRESENTATIVES</u>

Class Counsel, representing Wm. Rosenstein & Sons Co., Associated Grocers, Inc., M. Robert Enterprises, Inc., M.L. Robert, II, LLC, and Market Fair, LLC, and the direct purchaser class (collectively "Class Plaintiffs") respectfully move for an order awarding attorneys' fees, reimbursement of expenses and incentive awards to the class representatives. In support of the Motion, Class Counsel relies upon the accompanying Memorandum of Law and Declaration of Bruce E. Gerstein with exhibits.

Date: November 1, 2019

s/ Barry L. Refsin
Barry L. Refsin (Pa ID No. 62526)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: 215-568-6200
Fax: 215-568-0300
*Liasion Counsel for Direct Purchaser Class*

                                            Bruce E. Gerstein
                                            Joseph Opper
                                            Jonathan Gerstein
                                            GARWIN GERSTEIN & FISHER LLP
                                            88 Pine Street
                                            New York, NY 10005
                                            Tel:  (212) 398-0055
                                            Fax: (212) 764-6620
                                            *Lead Counsel for the Direct Purchaser Class*

## **CERTIFICATE OF SERVICE**

I, Barry L. Refsin, certify that on this 1st day of November, 2019, I caused the foregoing Class Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards to Class Representatives to be filed on the Court's ECF system where it is available for viewing and downloading.

s/ Barry L. Refsin
Barry L. Refsin